ALVAH BUSHNELL COMPANY
519 E Chelten Ave
Philadelphia PA 19144

1411-3531
ORG1:2008 Piecework
EE ID: 292    DD

KIA HOLLAND
5119 SAUL STREET
PHILADELPHIA PA  19124

| PERSONAL AND CHECK INFORMATION | | | |
|---|---|---|---|
| Kia Holland | | | |
| 5119 Saul Street | | | |
| Philadelphia, PA  19124 | | | |
| Soc Sec #: xxx-xx-xxxx | Employee ID: 292 | | |
| Home Department: 2008 Piecework | | | |
| Pay Period: 03/27/23 to 04/02/23 | | | |
| Check Date: 04/06/23 | Check #: 102858 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 418 | 230.65 | 5547.97 |
| NET PAY | 230.65 | 5547.97 |

TIME OFF (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | CURR DEDUCT | TOTAL BAL |
|---|---|---|---|
| PTO | 0.56 hrs | 17.00 hrs | 116.66 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Hourly | M23.5000 | | | M412.7500 | |
| | | Other Pay | | | 29.94 | | 300.28 |
| | | Piece $ | | | 299.36 | | 5860.36 |
| | | PTO | 17.0000 | 11.0000 | 187.00 | 55.0000 | 605.00 |
| | | Bonus | | | | 32.0000 | 352.00 |
| | | Holiday | | | | 24.0000 | 264.00 |
| | | Total Hours | 40.5000 | | | 523.7500 | |
| | | Gross Earnings | | | 516.30 | | 7381.64 |
| | | Total Hrs Worked | 40.5000 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 32.01 | 457.66 |
| | Medicare | | 7.48 | 107.03 |
| | Fed Income Tax | SMS | 25.76 | 388.19 |
| | PA Income Tax | | 15.85 | 226.62 |
| | PA Unemploy | | 0.36 | 5.16 |
| | PA PHILA-Phi Inc | | 19.57 | 279.77 |
| | TOTAL | | 101.03 | 1464.43 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Garnishment | 184.62 | 369.24 |
| | TOTAL | 184.62 | 369.24 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 230.65 | 5547.97 |

0940 1411-3531  Alvah Bushnell Company • 519 E Chelten Ave • Philadelphia PA  19144 • (484) 883-4110

ALVAH BUSHNELL COMPANY
519 E Chelten Ave
Philadelphia PA 19144

1411-3531
ORG1:2008 Piecework
EE ID: 292   DD

KIA HOLLAND
5119 SAUL STREET
PHILADELPHIA PA 19124

**PERSONAL AND CHECK INFORMATION**
Kia Holland
5119 Saul Street
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 292

Home Department: 2008 Piecework

Pay Period: 03/20/23 to 03/26/23
Check Date: 03/30/23    Check #: 102832

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 418 | 147.38 | 5317.32 |
| **NET PAY** | **147.38** | **5317.32** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | CURR DEDUCT | TOTAL BAL |
|---|---|---|---|
| PTO | 0.95 hrs | 0.00 hrs | 133.09 hrs |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | M39.7500 | | | M389.2500 | |
| | Other Pay | | | | | 270.34 |
| | Piece $ | | | 404.87 | | 5561.00 |
| | PTO | | | | 38.0000 | 418.00 |
| | Bonus | | | | 32.0000 | 352.00 |
| | Holiday | | | | 24.0000 | 264.00 |
| | Total Hours | 39.7500 | | | 483.2500 | |
| | Gross Earnings | | | 404.87 | | 6865.34 |
| | Total Hrs Worked | 39.7500 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 25.10 | 425.65 |
| Medicare | | 5.87 | 99.55 |
| Fed Income Tax | SMS | 13.85 | 362.43 |
| PA Income Tax | | 12.43 | 210.77 |
| PA Unemploy | | 0.28 | 4.80 |
| PA PHILA-Phi Inc | | 15.34 | 260.20 |
| **TOTAL** | | **72.87** | **1363.40** |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Garnishment | 184.62 | 184.62 |
| **TOTAL** | **184.62** | **184.62** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 147.38 | 5317.32 |

Payrolls by Paychex, Inc.

0940 1411-3531  Alvah Bushnell Company • 519 E Chelten Ave • Philadelphia PA 19144 • (484) 883-4110

ALVAH BUSHNELL COMPANY
519 E Chelten Ave
Philadelphia PA 19144

1411-3531
ORG1:2008 Piecework
EE ID: 292         DD

KIA HOLLAND
5119 SAUL STREET
PHILADELPHIA PA  19124

**PERSONAL AND CHECK INFORMATION**
Kia Holland
5119 Saul Street
Philadelphia, PA  19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 292

Home Department: 2008 Piecework

Pay Period: 03/13/23 to 03/19/23
Check Date: 03/23/23    Check #: 102806

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 418 | 332.67 | 5169.94 |
| **NET PAY** | **332.67** | **5169.94** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | CURR DEDUCT | TOTAL BAL |
|---|---|---|---|
| PTO | 0.83 hrs | 0.00 hrs | 132.14 hrs |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | M34.5000 | | | M349.5000 | |
| | Other Pay | | | | | 270.34 |
| | Piece $ | | | 405.78 | | 5156.13 |
| | PTO | | | | 38.0000 | 418.00 |
| | Bonus | | | | 32.0000 | 352.00 |
| | Holiday | | | | 24.0000 | 264.00 |
| | Total Hours | 34.5000 | | | 443.5000 | |
| | Gross Earnings | | | 405.78 | | 6460.47 |
| | Total Hrs Worked | 34.5000 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 25.16 | 400.55 |
| Medicare | | 5.89 | 93.68 |
| Fed Income Tax | SMS | 13.94 | 348.58 |
| PA Income Tax | | 12.46 | 198.34 |
| PA Unemploy | | 0.28 | 4.52 |
| PA PHILA-Phi Inc | | 15.38 | 244.86 |
| **TOTAL** | | **73.11** | **1290.53** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 332.67 | 5169.94 |

0940 1411-3531  Alvah Bushnell Company • 519 E Chelten Ave • Philadelphia PA  19144 • (484) 883-4110

ALVAH BUSHNELL COMPANY
519 E Chelten Ave
Philadelphia PA 19144

1411-3531
ORG1:2008 Piecework
EE ID: 292        DD

KIA HOLLAND
5119 SAUL STREET
PHILADELPHIA PA 19124

**PERSONAL AND CHECK INFORMATION**
Kia Holland
5119 Saul Street
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 292

Home Department: 2008 Piecework

Pay Period: 03/06/23 to 03/12/23
Check Date: 03/16/23    Check #: 102780
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 418 | 285.94 | 4837.27 |
| NET PAY | 285.94 | 4837.27 |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | CURR DEDUCT | TOTAL BAL |
|---|---|---|---|
| PTO | 0.72 hrs | 0.00 hrs | 131.31 hrs |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | M30.0000 | | | M315.0000 | |
| | Other Pay | | | | | 270.34 |
| | Piece $ | | | 343.81 | | 4750.35 |
| | PTO | | | | 38.0000 | 418.00 |
| | Bonus | | | | 32.0000 | 352.00 |
| | Holiday | | | | 24.0000 | 264.00 |
| | Total Hours | 30.0000 | | | 409.0000 | |
| | Gross Earnings | | | 343.81 | | 6054.69 |
| | Total Hrs Worked | 30.0000 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 21.32 | 375.39 |
| Medicare | | 4.98 | 87.79 |
| Fed Income Tax | SMS | 7.75 | 334.64 |
| PA Income Tax | | 10.55 | 185.88 |
| PA Unemploy | | 0.24 | 4.24 |
| PA PHILA-Phi Inc | | 13.03 | 229.48 |
| **TOTAL** | | 57.87 | 1217.42 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 285.94 | 4837.27 |

0940 1411-3531  Alvah Bushnell Company • 519 E Chelten Ave • Philadelphia PA 19144 • (484) 883-4110

ALVAH BUSHNELL COMPANY
519 E Chelten Ave
Philadelphia PA 19144

1411-3531
ORG1:2008 Piecework
EE ID: 292      DD

KIA HOLLAND
5119 SAUL STREET
PHILADELPHIA PA 19124

**PERSONAL AND CHECK INFORMATION**
Kia Holland
5119 Saul Street
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 292

Home Department: 2008 Piecework

Pay Period: 02/27/23 to 03/05/23
Check Date: 03/09/23    Check #: 102754

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 418 | 361.05 | 4551.33 |
| **NET PAY** | **361.05** | **4551.33** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | CURR DEDUCT | TOTAL BAL |
|---|---|---|---|
| PTO | 0.74 hrs | 0.00 hrs | 130.59 hrs |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | M30.7500 | | | M285.0000 | |
| | Other Pay | | | | | 270.34 |
| | Piece $ | | | 443.41 | | 4406.54 |
| | PTO | | | | 38.0000 | 418.00 |
| | Bonus | | | | 32.0000 | 352.00 |
| | Holiday | | | | 24.0000 | 264.00 |
| | Total Hours | 30.7500 | | | 379.0000 | |
| | Gross Earnings | | | 443.41 | | 5710.88 |
| | Total Hrs Worked | 30.7500 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 27.49 | 354.07 |
| Medicare | | 6.43 | 82.81 |
| Fed Income Tax | SMS | 17.71 | 326.89 |
| PA Income Tax | | 13.61 | 175.33 |
| PA Unemploy | | 0.31 | 4.00 |
| PA PHILA-Phi Inc | | 16.81 | 216.45 |
| **TOTAL** | | **82.36** | **1159.55** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 361.05 | 4551.33 |

0940 1411-3531  Alvah Bushnell Company • 519 E Chelten Ave • Philadelphia PA 19144 • (484) 883-4110

ALVAH BUSHNELL COMPANY
519 E Chelten Ave
Philadelphia PA 19144

1411-3531
ORG1:2008 Piecework
EE ID: 292    DD

KIA HOLLAND
5119 SAUL STREET
PHILADELPHIA PA 19124

**PERSONAL AND CHECK INFORMATION**
Kia Holland
5119 Saul Street
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 292

Home Department: 2008 Piecework

Pay Period: 02/20/23 to 02/26/23
Check Date: 03/02/23    Check #: 102728

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 418 | 502.83 | 4190.28 |
| **NET PAY** | **502.83** | **4190.28** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | CURR DEDUCT | TOTAL BAL |
|---|---|---|---|
| PTO | 0.89 hrs | 3.00 hrs | 129.85 hrs |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | M37.0000 | | | M254.2500 | |
| | Other Pay | | | 54.78 | | 270.34 |
| | Piece $ | | | 547.79 | | 3963.13 |
| | PTO | 3.0000 | 11.0000 | 33.00 | 38.0000 | 418.00 |
| | Bonus | | | | 32.0000 | 352.00 |
| | Holiday | | | | 24.0000 | 264.00 |
| | Total Hours | 40.0000 | | | 348.2500 | |
| | Gross Earnings | | | 635.57 | | 5267.47 |
| | Total Hrs Worked | 40.0000 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 39.40 | 326.58 |
| Medicare | | 9.22 | 76.38 |
| Fed Income Tax | SMS | 40.08 | 309.18 |
| PA Income Tax | | 19.51 | 161.72 |
| PA Unemploy | | 0.44 | 3.69 |
| PA PHILA-Phi Inc | | 24.09 | 199.64 |
| **TOTAL** | | **132.74** | **1077.19** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 502.83 | 4190.28 |

Payrolls by Paychex, Inc
0940 1411-3531  Alvah Bushnell Company • 519 E Chelten Ave • Philadelphia PA 19144 • (484) 883-4110

ALVAH BUSHNELL COMPANY
519 E Chelten Ave
Philadelphia PA 19144

1411-3531
ORG1:2008 Piecework
EE ID: 292      DD

KIA HOLLAND
5119 SAUL STREET
PHILADELPHIA PA 19124

---

**PERSONAL AND CHECK INFORMATION**
Kia Holland
5119 Saul Street
Philadelphia, PA 19124
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 292

**Home Department:** 2008 Piecework

**Pay Period:** 02/13/23 to 02/19/23
**Check Date:** 02/23/23    **Check #:** 102703
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 418 | 344.80 | 3687.45 |
| **NET PAY** | **344.80** | **3687.45** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | CURR DEDUCT | TOTAL BAL |
|---|---|---|---|
| PTO | 0.87 hrs | 0.00 hrs | 131.96 hrs |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | M36.2500 | | | M217.2500 | |
| | Other Pay | | | | | 215.56 |
| | Piece $ | | | 421.86 | | 3415.34 |
| | PTO | | | | 35.0000 | 385.00 |
| | Bonus | | | | 32.0000 | 352.00 |
| | Holiday | | | | 24.0000 | 264.00 |
| | Total Hours | 36.2500 | | | 308.2500 | |
| | Gross Earnings | | | 421.86 | | 4631.90 |
| | Total Hrs Worked | 36.2500 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 26.16 | 287.18 |
| Medicare | | 6.11 | 67.16 |
| Fed Income Tax | SMS | 15.55 | 269.10 |
| PA Income Tax | | 12.95 | 142.21 |
| PA Unemploy | | 0.30 | 3.25 |
| PA PHILA-Phi Inc | | 15.99 | 175.55 |
| **TOTAL** | | **77.06** | **944.45** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 344.80 | 3687.45 |

Payrolls by Paychex, Inc
0940 1411-3531 Alvah Bushnell Company • 519 E Chelten Ave • Philadelphia PA 19144 • (484) 883-4110

ALVAH BUSHNELL COMPANY
519 E Chelten Ave
Philadelphia PA 19144

1411-3531
ORG1:2008 Piecework
EE ID: 292        DD

KIA HOLLAND
5119 SAUL STREET
PHILADELPHIA PA  19124

### PERSONAL AND CHECK INFORMATION

Kia Holland
5119 Saul Street
Philadelphia, PA  19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 292

Home Department: 2008 Piecework

Pay Period: 02/06/23 to 02/12/23
Check Date: 02/16/23    Check #: 102678

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 418 | 481.46 | 3342.65 |
| NET PAY | 481.46 | 3342.65 |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | CURR DEDUCT | TOTAL BAL |
|---|---|---|---|
| PTO | 0.77 hrs | 8.00 hrs | 131.09 hrs |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | M32.0000 | | | M181.0000 | |
| | Other Pay | | | 47.13 | | 215.56 |
| | Piece $ | | | 471.33 | | 2993.48 |
| | PTO | 8.0000 | 11.0000 | 88.00 | 35.0000 | 385.00 |
| | Bonus | | | | 32.0000 | 352.00 |
| | Holiday | | | | 24.0000 | 264.00 |
| | Total Hours | 40.0000 | | | 272.0000 | |
| | Gross Earnings | | | 606.46 | | 4210.04 |
| | Total Hrs Worked | 40.0000 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 37.60 | 261.02 |
| Medicare | | 8.80 | 61.05 |
| Fed Income Tax | SMS | 36.58 | 253.55 |
| PA Income Tax | | 18.62 | 129.26 |
| PA Unemploy | | 0.42 | 2.95 |
| PA PHILA-Phi Inc | | 22.98 | 159.56 |
| **TOTAL** | | 125.00 | 867.39 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 481.46 | 3342.65 |

Payrolls by Paychex, Inc.
0940 1411-3531  Alvah Bushnell Company • 519 E Chelten Ave • Philadelphia PA  19144 • (484) 883-4110

ALVAH BUSHNELL COMPANY
519 E Chelten Ave
Philadelphia PA 19144

1411-3531
ORG1:2008 Piecework
EE ID: 292     DD

KIA HOLLAND
5119 SAUL STREET
PHILADELPHIA PA 19124

### PERSONAL AND CHECK INFORMATION

Kia Holland
5119 Saul Street
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 292

Home Department: 2008 Piecework

Pay Period: 01/30/23 to 02/05/23
Check Date: 02/09/23    Check #: 102654

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 418 | 442.76 | 2861.19 |
| NET PAY | 442.76 | 2861.19 |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | CURR DEDUCT | TOTAL BAL |
|---|---|---|---|
| PTO | 0.77 hrs | 8.00 hrs | 138.33 hrs |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | M32.0000 | | | M149.0000 | |
| | Other Pay | | | 42.38 | | 168.43 |
| | Piece $ | | | 423.38 | | 2522.15 |
| | PTO | 8.0000 | 11.0000 | 88.00 | 27.0000 | 297.00 |
| | Bonus | | | | 32.0000 | 352.00 |
| | Holiday | | | | 24.0000 | 264.00 |
| | Total Hours | 40.0000 | | | 232.0000 | |
| | Gross Earnings | | | 553.76 | | 3603.58 |
| | Total Hrs Worked | 40.0000 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 34.33 | 223.42 |
| Medicare | | 8.03 | 52.25 |
| Fed Income Tax | SMS | 30.26 | 216.97 |
| PA Income Tax | | 17.00 | 110.64 |
| PA Unemploy | | 0.39 | 2.53 |
| PA PHILA-Phi Inc | | 20.99 | 136.58 |
| **TOTAL** | | 111.00 | 742.39 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 442.76 | 2861.19 |

Payrolls by Paychex, Inc.
0940 1411-3531 Alvah Bushnell Company • 519 E Chelten Ave • Philadelphia PA 19144 • (484) 883-4110

ALVAH BUSHNELL COMPANY
519 E Chelten Ave
Philadelphia PA  19144

1411-3531
ORG1:2008 Piecework
EE ID: 292    DD

KIA HOLLAND
5119 SAUL STREET
PHILADELPHIA PA  19124

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Kia Holland | | | | | Hourly | M30.2500 | | | M117.0000 | |
| 5119 Saul Street | | | | | Other Pay | | | | | 126.05 |
| Philadelphia, PA  19124 | | | | | Piece $ | | | 393.39 | | 2098.77 |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 292 | | | | | PTO | | | | 19.0000 | 209.00 |
| | | | | | Bonus | | | | 32.0000 | 352.00 |
| Home Department: 2008 Piecework | | | | | Holiday | | | | 24.0000 | 264.00 |
| | | | | | Total Hours | 30.2500 | | | 192.0000 | |
| Pay Period: 01/23/23 to 01/29/23 | | | | | Gross Earnings | | | 393.39 | | 3049.82 |
| Check Date: 02/02/23    Check #: 102629 | | | | | Total Hrs Worked | 30.2500 | | | | |
| NET PAY ALLOCATIONS | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | Social Security | | | 24.39 | | 189.09 |
| Check Amount | 0.00 | 0.00 | | | Medicare | | | 5.70 | | 44.22 |
| Chkg 418 | 323.33 | 2418.43 | | | Fed Income Tax | SMS | | 12.70 | | 186.71 |
| NET PAY | 323.33 | 2418.43 | | | PA Income Tax | | | 12.08 | | 93.64 |
| TIME OFF (Based on Policy Year) | | | | | PA Unemploy | | | 0.28 | | 2.14 |
| | | | | | PA PHILA-Phi Inc | | | 14.91 | | 115.59 |
| DESCRIPTION  CURR ACCRUE  CURR DEDUCT  TOTAL BAL | | | | | TOTAL | | | 70.06 | | 631.39 |
| PTO     0.73 hrs     0.00 hrs     145.56 hrs | | | | | | | | | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 323.33 | 2418.43 |

0940 1411-3531  Alvah Bushnell Company • 519 E Chelten Ave • Philadelphia PA  19144 • (484) 883-4110

ALVAH BUSHNELL COMPANY
519 E Chelten Ave
Philadelphia PA 19144

1411-3531
ORG1: 2008 Piecework
EE ID: 292          DD

KIA HOLLAND
5119 SAUL STREET
PHILADELPHIA PA 19124

### PERSONAL AND CHECK INFORMATION
Kia Holland
5119 Saul Street
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 292

Home Department: 2008 Piecework

Pay Period: 01/16/23 to 01/22/23
Check Date: 01/26/23    Check #: 102604

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 418 | 399.59 | 2095.10 |
| NET PAY | 399.59 | 2095.10 |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | CURR DEDUCT | TOTAL BAL |
|---|---|---|---|
| PTO | 0.00 hrs | 1.00 hrs | 144.83 hrs |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | | M86.7500 | | | |
| | Other Pay | | | | | 126.05 |
| | Piece $ | | | 395.98 | | 1705.38 |
| | PTO | 1.0000 | 11.0000 | 11.00 | 19.0000 | 209.00 |
| | Bonus | | | | 32.0000 | 352.00 |
| | Holiday | 8.0000 | 11.0000 | 88.00 | 24.0000 | 264.00 |
| | Total Hours | 9.0000 | | | 161.7500 | |
| | Gross Earnings | | | 494.98 | | 2656.43 |
| | Total Hrs Worked | 1.0000 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 30.69 | 164.70 |
| Medicare | | 7.18 | 38.52 |
| Fed Income Tax | SMS | 23.21 | 174.01 |
| PA Income Tax | | 15.20 | 81.56 |
| PA Unemploy | | 0.35 | 1.86 |
| PA PHILA-Phi Inc | | 18.76 | 100.68 |
| **TOTAL** | | 95.39 | 561.33 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 399.59 | 2095.10 |

Payrolls by Paychex, Inc.
0940 1411-3531 Alvah Bushnell Company • 519 E Chelten Ave • Philadelphia PA 19144 • (484) 883-4110

ALVAH BUSHNELL COMPANY
519 E Chelten Ave
Philadelphia PA 19144

1411-3531
ORG1:2008 Piecework
EE ID: 292          DD

KIA HOLLAND
5119 SAUL STREET
PHILADELPHIA PA 19124

### PERSONAL AND CHECK INFORMATION

Kia Holland
5119 Saul Street
Philadelphia, PA 19124

Soc Sec #: xxx-xx-xxxx    Employee ID: 292

Home Department: 2008 Piecework

Pay Period: 01/09/23 to 01/15/23
Check Date: 01/19/23    Check #: 102581

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 418 | 481.96 | 1695.51 |
| NET PAY | 481.96 | 1695.51 |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | CURR DEDUCT | TOTAL BAL |
|---|---|---|---|
| PTO | 0.74 hrs | 10.00 hrs | 145.83 hrs |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | M30.7500 | | | M86.7500 | |
| | Other Pay | | | 40.75 | | 126.05 |
| | Piece $ | | | 456.39 | | 1309.40 |
| | PTO | 10.0000 | 11.0000 | 110.00 | 18.0000 | 198.00 |
| | Bonus | | | | 32.0000 | 352.00 |
| | Holiday | | | | 16.0000 | 176.00 |
| | Total Hours | 40.7500 | | | 152.7500 | |
| | Gross Earnings | | | 607.14 | | 2161.45 |
| | Total Hrs Worked | 40.7500 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 37.64 | 134.01 |
| Medicare | | 8.80 | 31.34 |
| Fed Income Tax | SMS | 36.67 | 150.80 |
| PA Income Tax | | 18.64 | 66.36 |
| PA Unemploy | | 0.42 | 1.51 |
| PA PHILA-Phi Inc | | 23.01 | 81.92 |
| **TOTAL** | | 125.18 | 465.94 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 481.96 | 1695.51 |

Payroll by Paychex, Inc.
**0940 1411-3531** Alvah Bushnell Company • 519 E Chelten Ave • Philadelphia PA 19144 • (484) 883-4110

ALVAH BUSHNELL COMPANY
519 E Chelten Ave
Philadelphia PA 19144

1411-3531
ORG1: 2008 Piecework
EE ID: 292    DD

KIA HOLLAND
5119 SAUL STREET
PHILADELPHIA PA 19124

### PERSONAL AND CHECK INFORMATION
Kia Holland
5119 Saul Street
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 292

Home Department: 2008 Piecework

Pay Period: 01/02/23 to 01/08/23
Check Date: 01/12/23    Check #: 102557

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 418 | 430.94 | 1213.55 |
| NET PAY | 430.94 | 1213.55 |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | CURR DEDUCT | TOTAL BAL |
|---|---|---|---|
| PTO | 0.58 hrs | 8.00 hrs | 155.09 hrs |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | M24.0000 | | | M56.0000 | |
| | Other Pay | | | 32.88 | | 85.30 |
| | Piece $ | | | 328.80 | | 853.01 |
| | PTO | 8.0000 | 11.0000 | 88.00 | 8.0000 | 88.00 |
| | Bonus | | | | 32.0000 | 352.00 |
| | Holiday | 8.0000 | 11.0000 | 88.00 | 16.0000 | 176.00 |
| | Total Hours | 40.0000 | | | 112.0000 | |
| | Gross Earnings | | | 537.68 | | 1554.31 |
| | Total Hrs Worked | 32.0000 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 33.34 | 96.37 |
| Medicare | | 7.80 | 22.54 |
| Fed Income Tax | SMS | 28.33 | 114.13 |
| PA Income Tax | | 16.51 | 47.72 |
| PA Unemploy | | 0.38 | 1.09 |
| PA PHILA-Phi Inc | | 20.38 | 58.91 |
| **TOTAL** | | 106.74 | 340.76 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 430.94 | 1213.55 |

Payrolls by Paychex, Inc

0940 1411-3531    Alvah Bushnell Company • 519 E Chelten Ave • Philadelphia PA 19144 • (484) 883-4110

ALVAH BUSHNELL COMPANY
519 E Chelten Ave
Philadelphia PA  19144

1411-3531
ORG1:2008 Piecework
EE ID: 292            DD

KIA HOLLAND
5119 SAUL STREET
PHILADELPHIA PA  19124

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Kia Holland | | | | | Hourly | M32.0000 | | | M32.0000 | |
| 5119 Saul Street | | | | | Other Pay | | | 52.42 | | 52.42 |
| Philadelphia, PA  19124 | | | | | Piece $ | | | 524.21 | | 524.21 |
| Soc Sec #: xxx-xx-xxxx  Employee ID: 292 | | | | | Bonus | 32.0000 | 11.0000 | 352.00 | 32.0000 | 352.00 |
| | | | | | Holiday | 8.0000 | 11.0000 | 88.00 | 8.0000 | 88.00 |
| Home Department: 2008 Piecework | | | | | Total Hours | 72.0000 | | | 72.0000 | |
| | | | | | Gross Earnings | | | 1016.63 | | 1016.63 |
| Pay Period: 12/26/22 to 01/01/23 | | | | | Total Hrs Worked | 64.0000 | | | | |
| Check Date: 01/05/23   Check #: 102535 | | | | | | | | | | |
| NET PAY ALLOCATIONS | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | Social Security | | | 63.03 | | 63.03 |
| Check Amount | 0.00 | 0.00 | | | Medicare | | | 14.74 | | 14.74 |
| Chkg 418 | 782.61 | 782.61 | | | Fed Income Tax | SMS | | 85.80 | | 85.80 |
| NET PAY | 782.61 | 782.61 | | | PA Income Tax | | | 31.21 | | 31.21 |
| TIME OFF (Based on Policy Year) | | | | | PA Unemploy | | | 0.71 | | 0.71 |
| DESCRIPTION  CURR ACCRUE  CURR DEDUCT  TOTAL BAL | | | | | PA PHILA-Phi Inc | | | 38.53 | | 38.53 |
| PTO   160.77 hrs   0.00 hrs   162.52 hrs | | | | | TOTAL | | | 234.02 | | 234.02 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 782.61 | 782.61 |

Payrolls by Paychex, Inc.
0940 1411-3531  Alvah Bushnell Company • 519 E Chelten Ave • Philadelphia PA  19144 • (484) 883-4110