# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10674-mdc |
| Kia R. Holland, | Chapter 13 |
| Debtor. | |

### Certificate of Service

I hereby certify that on this date a true and correct copy of the Debtor's Objection to Claim No. 1 by Claimant Pinnacle Credit Services, LLC was served on all parties listed below by first class mail or through the CM/ECF system, along with the notice, the proposed order, and all exhibits.

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Korinny Sanchez
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Date: May 30, 2023

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com