# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Kia R. Holland,

        Debtor.

Case No. 23-10674-mdc

Chapter 13

## Certificate of Service

I hereby certify that on this date a true and correct copy of the Debtor's Objection to Claim No. 2 by Claimant LVNV Funding, LLC was served on all parties listed below by first class mail or through the CM/ECF system, along with the notice, the proposed order, and all exhibits.

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Lorel Thompson
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Date: May 30, 2023

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com