**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: <br><br> Kia R. Holland, <br><br> Debtor. | Case No. 23-10674-mdc <br><br> Chapter 13 |

**Order on Debtor's Objection to Claim No. 1**
**by Claimant Pinnacle Credit Services, LLC**

**AND NOW**, on this __11th__ day of __July__ 2023, after consideration of the Debtor's Objection to Claim No. 1 by Claimant Pinnacle Credit Services, LLC, and after notice and hearing, it is hereby **ORDERED** that:

1. The objection is **SUSTAINED**.
2. Claim No. 1 is **DISALLOWED**.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge