IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                  :
                                       :    Chapter 13
     Kia R. Holland                    :
                                       :    Bankruptcy No. 23-10674 (mdc)
                         Debtor.       :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the following document filed by the City of Philadelphia, Objection to Confirmation of the Plan, filed on July 12, 2023 [Docket No. 39].

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: July 27, 2023    By:    /s/ Pamela Elchert Thurmond
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
City of Philadelphia Law Department
Tax & Revenue Unit
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
215-686-0588 (facsimile)
Email: Pamela.Thurmond@phila.gov