# United States Bankruptcy Court
# Eastern District of Pennsylvania

|  |  |
|---|---|
| In re: | Case No. 23-10674-mdc |
| Kia R. Holland, | Chapter 13 |
| Debtor. | Related to ECF No. 50 |

### Praecipe to Withdraw Document

To the Clerk of Court:

Please withdraw the Motion to Pay Trustee, which was filed with the Court on September 5, 2023, as ECF No. 50. Thank you.

Date: September 6, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: */s/ Michael I. Assad*
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com