United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Kia R. Holland,<br><br>        Debtor. | Case No. 23-10674-mdc<br><br>Chapter 13 |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Third Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Pennsylvania Housing Finance Agency (CM/ECF)

City of Philadelphia (CM/ECF)

Philadelphia Gas Works
800 W Montgomery Avenue
Philadelphia, PA 19122

Date: November 29, 2023

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com