**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>　　　Kia R. Holland,<br><br>　　　　　　Debtor. | Case No. 23-10674-mdc<br><br>Chapter 13 |

### Certificate of Service

　　　I certify that on this date I served a true and correct copy of the Debtor's Fifth Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Pennsylvania Housing Finance Agency (CM/ECF)

City of Philadelphia (CM/ECF)

Philadelphia Gas Works
800 W Montgomery Avenue
Philadelphia, PA 19122

Social Security Administration
SSA, OGC - Office of Program Lit – Bankruptcy
6401 Security Blvd.
Baltimore, MD 21235

Date: January 31, 2024

　　　　　　　　　　　　　　　　　/s/ Michael I. Assad
　　　　　　　　　　　　　　　　　Michael I. Assad (#330937)
　　　　　　　　　　　　　　　　　Cibik Law, P.C.
　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　mail@cibiklaw.com