**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-10674-mdc |
| Kia R. Holland, | Chapter 13 |
| Debtor. | |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Seventh Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Pennsylvania Housing Finance Agency (CM/ECF)

City of Philadelphia (CM/ECF)

Philadelphia Gas Works
800 W Montgomery Avenue
Philadelphia, PA 19122

Social Security Administration
SSA, OGC - Office of Program Lit – Bankruptcy
6401 Security Blvd.
Baltimore, MD 21235


Date: March 20, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com