United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10674-amc |
| Kia R. Holland | Chapter 13 |
|    Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 18, 2024 | Form ID: 155 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kia R. Holland, 5119 Saul St, Philadelphia, PA 19124-1919 |
| 14773032 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, Michael Farrington, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14763360 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14763362 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14763348 | Email/Text: megan.harper@phila.gov | Apr 19 2024 00:10:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14786899 | Email/Text: megan.harper@phila.gov | Apr 19 2024 00:10:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14763350 | Email/Text: megan.harper@phila.gov | Apr 19 2024 00:10:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14763349 | Email/Text: bankruptcy@philapark.org | Apr 19 2024 00:10:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14763351 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 19 2024 00:09:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14763352 | + Email/Text: bankruptcy@consumerportfolio.com | Apr 19 2024 00:09:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, PO Box 57071, Irvine, CA 92619-7071 |
| 14763353 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 19 2024 00:12:42 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14763354 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 19 2024 00:09:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14763355 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 19 2024 00:10:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14763356 | Email/PDF: creditonebknotifications@resurgent.com | Apr 19 2024 00:12:16 | LVNV Funding LLC, 6801 S Cimarron Rd Ste 424-J, Las Vegas, NV 89113-2273 |
| 14766079 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 00:12:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14763359 | Email/Text: blegal@phfa.org | Apr 19 2024 00:09:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, PO Box 8029, Harrisburg, PA 17105-8029 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: 155 | Total Noticed: 33 |

| 14772786 | ^ MEBN | Apr 18 2024 23:59:12 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
|---|---|---|---|
| 14763357 | Email/Text: fesbank@attorneygeneral.gov | Apr 19 2024 00:09:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14776770 | + Email/Text: blegal@phfa.org | Apr 19 2024 00:09:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14763358 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2024 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14763361 | ^ MEBN | Apr 18 2024 23:59:52 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14763363 | + Email/Text: bankruptcy@philapark.org | Apr 19 2024 00:10:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14763364 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 00:28:18 | Pinnacle Credit Services LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14766078 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 00:12:30 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14780461 | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2024 00:09:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14780371 | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2024 00:09:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14780372 | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2024 00:09:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14763365 | Email/Text: ssa.bankruptcy@ssa.gov | Apr 19 2024 00:09:00 | Social Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden St, Philadelphia, PA 19123-2924 |
| 14812551 | + Email/Text: ssa.bankruptcy@ssa.gov | Apr 19 2024 00:09:00 | Social Security Administration, PO BOX 2861, Philadelphia PA 19122-0861 |
| 14812391 | + Email/Text: ssa.bankruptcy@ssa.gov | Apr 19 2024 00:09:00 | Social Security Administration, SSA, OGC - Office of Program Lit - Bankr, 6401 Security Blvd., Baltimore, MD 21235-0001 |
| 14798279 | + Email/Text: megan.harper@phila.gov | Apr 19 2024 00:10:00 | The City of Philadelphia, c/o Pamela Elchert Thurmond.Esquire, City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14763366 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 19 2024 00:10:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14763367 | ^ MEBN | Apr 18 2024 23:59:47 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0313-2                                       User: admin                                       Page 3 of 3
Date Rcvd: Apr 18, 2024                                   Form ID: 155                                      Total Noticed: 33

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kia R. Holland help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Kia R. Holland help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY mfarrington@kmllawgroup.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            )
   Kia R. Holland                         )                  Case No. 23−10674−amc
                                                  )
                                                  )
   Debtor(s).                             )                  Chapter: 13
                                                  )
                                                  )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 18, 2024                                      For The Court

                                                         Ashely M. Chan
                                                         Judge, United States Bankruptcy Court