# EXHIBIT C

## City of Philadelphia Department of Records

### RECORDING INFORMATION SUMMARY (RIS)

The information provided by you will be relied upon by the Department of Records for examination and indexing purposes. If there is any conflict between the RIS and the attached document, the information on the RIS shall prevail for examination and indexing purposes.

**1) RETURN DOCUMENT TO:**
Name: Assurance Abstract Corp.
Address: P.O. Box 52735
Philadelphia, PA 19152
Telephone: 215-331-4200 Fax: 215-331-4020

**2) Type of Document:**
- [ ] Deed
- [ ] Sheriff's Deed
- [ ] Deed of Condemnation
- [ ] Other Deed
- [ ] Mortgage
- [ ] Release of Mortgage
- [X] Assignment of Mortgage
- [ ] Satisfaction of Mortgage
- [ ] Lease/Memorandum of Lease
- [ ] Assignment of Lease & Rent
- [ ] Easement
- [ ] Other: _____ (specify)

**3) Date of Document:** 11 / 9 / 01
          month   day   year

**4) Grantor/Mortgagor/Assignor/Lessor/Other:**
(Last Name, First Name, Middle Initial)
a) Madison Bank, d/b/a Philadelphia Financial Mtg.
b) _____

**5)** [ ] Additional names on **Continuation Page** of RIS.

**6) Grantee/Mortgagee/Assignee/Lessee/Other:**
(Last Name, First Name, Middle Initial)
a) Pennsylvania Housing Finance Agency
b) _____

**7)** [ ] Additional names on **Continuation Page** of RIS.

**8) Property Address:**
a) House No. & Street Name: 5119 Saul Street
Condo Name (if applicable): _____   Unit # ____   Philadelphia, PA   Zip Code: 19124
BRT Account # (optional): _____   Parcel Identification Number (PIN) (optional): 62-1-461000

**9)** [ ] Additional addresses on **Continuation Page** of RIS.

**10) Grantee's Mailing Address (Deeds only):**
(If Grantee is at a different address than the Property Address listed in Section 5, complete this section.)
a) Grantee or Designee Name: _____
House No. & Street Name: _____
City _____ State: _____ Zip Code: _____

**11) Recording Information to be Referenced. Mortgage to be released/satisfied/assigned/modified:**
a) Name of Original Mortgagee: Madison Bank, d/b/a Philadelphia Financial Mtg.
Recording Date of Original Mortgage: ___/___/___
          month  day  Year
Recorder's Index Information of Original Mortgage:
Initials, Book and Page or Doc. ID#

**12)** [ ] Additional references on **Continuation Page** of RIS.

**13) If applicable, please check:** [ ] Consolidation   [ ] Subdivision

**14) Signature Information**
Assurance Abstract Corp.
a) Agent
b) 'OR –or– 'EE Telephone Number
c) 'OR –or– 'EE Signature

**15) Page 1 of 3**

50359957
Pg: 1 of 3
11/20/2001 04:15PM

This Document Recorded
11/20/2001
04:15PM
Doc Code: A

Doc Id: 50359957
Receipt #: _____
Rec Fee: 43.50
Commissioner of Records, City of Philadelphia

82-337 (Rev. 01/01/01)

PHFA FORM 20                                           SELLER'S GUIDE

*advance abstract Corp.*

## ASSIGNMENT OF MORTGAGE

**ORIGINAL**

For value received, the undersigned, **Madison Bank DBA Philadelphia Financial Mtg.** (Participant) does hereby grant, bargain, sell, convey, assign and deliver unto the **Pennsylvania Housing Finance Agency** (Agency), that certain mortgage executed __KIA R. HOLLAND AND CHARLES W. STONE__ (Mortgagor(s)) to the under signed, which mortgage is recorded in the Office of the Recorder of Deeds of __PHILADELPHIA__ County, Pennsylvania, in Book/Volume _____, Page _____, together with the debt thereby secured and the note therein described and all right, title and interest of the undersigned in and to the land and property conveyed by said Mortgage.

To have and to hold unto the Agency, its successors and assigns forever.

IN WITNESS WHEREOF, the undersigned has caused this instrument to be executed in its name by its duly authorized officer, on __9TH__ day of __NOVEMBER__ AD __2001__.

ATTEST:                                     Madison Bank DBA Philadelphia Financial Mtg.

BY: ___John Crits___                         BY: ___Jonathan G. Kraus___
Title: __VICE PRESIDENT__                    Title: __VICE PRESIDENT__

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF PHILADELPHIA:

On this, the __9TH__ day of __NOVEMBER__, 2001, before me, the undersigned officer(s), personally appeared Jonathan G. Kraus, Vice President and John Crits, Vice President of Madison Bank DBA Philadelphia Financial Mtg., known to me (or satisfactorily proven) to be the person whose name(s) are subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

___Madaline Ricciardi___
Notary Public                                Seal

NOTARIAL SEAL
MADALINE RICCIARDI, Notary Public
Whitpain Twp., Montgomery County
My Commission Expires July 26, 2004

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF _____:

RECORDED on this _____ day of _____ AD 19__ in the Recorder's Office of said County, in Mortgage Book Volume _____, Page _____.

## CERTIFICATE OF RESIDENCE

I hereby certify that the principal place of business and complete post office address of the within named Assignee is Pennsylvania Housing Finance Agency, 2101 North Front Street, Harrisburg, PA.
(Participating lender's name and address)

Madison Bank DBA Philadelphia Financial Mtg.
1767 Sentry Parkway West
Blue Bell, PA 19422

50359957
Pg: 2 of 3
11/20/2001 04:16PM

## *First American Title Insurance Company*
### SCHEDULE C
### Legal Description

Commitment No. ▮

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected. Situate in the City of Philadelphia, County of Philadelphia and State of Pennsylvania

SITUATE on the Southeast side of Saul Street (60' wide) at the distance of 132' 3" Northeastward from the Northeast side of Dyre Street in the 62nd Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Saul Street 15' 2-1/2" and extending of that width Southeastwardly between parallel lines with the said Dyre Street 100' to the middle of a certain 16' wide driveway extending Northeastward into Pratt Street.

BEING No. 5119 Saul Street.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid driveway as and for a driveway, passageway and watercourse at all times hereafter, forever.

50359957
Pg: 3 of 3
11/20/2001 04:15PM

PA-3

```
                                                              51264572
                                                              Page:   1 of 2
                                                              09/09/2005 04:19PM
```

This Document Recorded   Doc Id: 51264572
09/09/2005               Receipt #:
04:19PM                  Rec Fee: 68.50
Doc Code: A   Commissioner of Records, City of Philadelphia
Recorded Electronically by Simplifile

Prepared by & Return to:
Wachovia Bank, National Association
c/o PHFA-Accounting & Loan Servicing
211 North Front Street, P.O. Box 8029
Harrisburg, Pennsylvania 17105-8029
717-780-3800 or 1-800-346-3597

PIN / ID Number:

*Above space is intentionally left blank for recording data.*

## ASSIGNMENT OF MORTGAGE

For value received, **PENNSYLVANIA HOUSING FINANCE AGENCY ("PHFA")**, hereby grant, sell, convey, assign and deliver unto the **WACHOVIA BANK, NATIONAL ASSOCIATION**, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982, as amended and supplemented from time to time) its successors and assigns, the following described Mortgage, together with the Note secured thereby:

Name of Original Mortgagor(s):  KIA R. HOLLAND
                                CHARLES W. STONE

Secured by the real property located at:   5119 SAUL STREET, PHILADELPHIA, PA 19124

Original Mortgagee: PHILADELPHIA FINANCIAL MORTGAGE   Municipality of:  PHILADELPHIA

Original Principal Amount:   $56,434.00         County Recorded in: PHILADELPHIA

Mortgage Recorded:           November 20, 2001

Last Assignment to:   PA Housing Finance Agency          DOC ID

IN WITNESS WHEREOF, the said Pennsylvania Housing Finance Agency, has caused this Assignment of Mortgage to be executed by its duly authorized officer.

DATED: August 12, 2005              By: PENNSYLVANIA HOUSING FINANCE AGENCY

Series: 073
PHFA (FISSEL)
                                    _____
                                    Anthony J. Julian
                                    Director of Accounting and Loan Servicing

COMMONWEALTH OF PENNSYLVANIA     :
COUNTY OF DAUPHIN                :

On this, the 12th day of August, 2005, before me, the undersigned officer, personally appeared Anthony J. Julian, Director of Accounting and Loan Servicing, an authorized officer of the Pennsylvania Housing Finance Agency, and acknowledged that he, being authorized to do so, executed the foregoing instrument for the purposes therein contained.

In witness whereof, I have hereunto set my hand and official seal.

                                    _____
                                    Notary Public

```
                    Notarial Seal
         Tina L. Strayer, Notary Public
         City Of Harrisburg, Dauphin County
         My Commission Expires Nov. 13, 2006
       Member, Pennsylvania Association Of Notaries
```

```
51264572
Page:    2 of 2
09/09/2005 04:19PM
```

## First American Title Insurance Company
### SCHEDULE C
### Legal Description

Commitment No. ███

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected. Situate in the City of Philadelphia, County of Philadelphia and State of Pennsylvania

SITUATE on the Southeast side of Saul Street (60' wide) at the distance of 132' 3" Northeastward from the Northeast side of Dyre Street in the 62nd Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Saul Street 15' 2-1/2" and extending of that width Southeastwardly between parallel lines with the said Dyre Street 100' to the middle of a certain 16' wide driveway extending Northeastward into Pratt Street.

BEING No. 5119 Saul Street.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid driveway as and for a driveway, passageway and watercourse at all times hereafter, forever.

```
50359956
Pg: 3 of 10
11/20/2001 04:15PM
```

3

PA-3

eRecorded in Philadelphia PA   Doc Id: 52139984
11/05/2009 10:04AM   Receipt#:
Page 1 of 2   Rec Fee: $154.50
Commissioner of Records   Doc Code: A

Prepared by:   U.S. Bank National Association   State RTT:   Local RTT:
c/o PHFA-Legal Division
211 North Front Street, P.O. Box 8029
Harrisburg, Pennsylvania 17105-8029
717-780-3845 or 1-800-346-3597 ext. 3845

Return to:   same as above

*Above space is intentionally left blank for recording data.*

## ASSIGNMENT OF MORTGAGE

For value received, **Wachovia Bank, National Association**, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982, as amended) does hereby grant, sell, convey, assign and deliver unto the **U.S. Bank National Association** (Successor Trustee for the Pennsylvania Housing Finance Agency, pursuant to said Trust Indenture), its successors and assigns, the following described Mortgage, together with the Note secured thereby:

Name of Original Mortgagor(s):   KIA R. HOLLAND AND CHARLES W. STONE

Secured by the real property located at:   5119 SAUL STREET, PHILADELPHIA, PA 19124-1919

Municipality: CITY OF PHILADELPHIA   County Recorded in: PHILADELPHIA

Original Mortgagee: VIST BANK   Original Principal Amount: $56,434.00

Mortgage recorded: November 20, 2001, Mortgage Instrument Number 50359956; Last Assignment to **Wachovia Bank, National Association** (as Trustee for PHFA), recorded on September 9, 2005, in the aforesaid Office of Recorder of Deeds in Instrument Number 51264572.

IN WITNESS WHEREOF, the said **Wachovia Bank, National Association**, Trustee as aforesaid, has caused this Assignment of Mortgage to be executed by its duly authorized Attorney-in-Fact appointed by a Limited Power of Attorney dated August 27, 2003, recorded in Instrument Number 50779107.

Dated: July 17, 2009

Wachovia Bank, National Association, Trustee for
the Pennsylvania Housing Finance Agency, as aforesaid
By: Pennsylvania Housing Finance Agency, Attorney-in-Fact

_____
Anthony J. Julian, Jr., Director, Accounting & Loan Servicing

COMMONWEALTH OF PENNSYLVANIA   :
COUNTY OF DAUPHIN   :

On the ___ day of July, 2009, before me, the undersigned, personally appeared Anthony J. Julian, Jr., Director, Accounting & Loan Servicing, authorized officer of PHFA, Attorney-in-Fact for Wachovia Bank, National Association, Trustee, and acknowledged that he, being authorized to do so, executed the foregoing instrument for the purposes therein contained.

In witness whereof, I have hereunto set my hand and official seal.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Kimberley A. Ayala, Notary Public
City Of Harrisburg, Dauphin County
My Commission Expires Jan. 15, 2011
Member, Pennsylvania Association of Notaries

### CERTIFICATE OF RESIDENCE OF ASSIGNEE

The below officer certifies that the principal business and mailing address for this assignee is:
U.S. Bank National Association, c/o PHFA, 211 North Front Street, Harrisburg, PA 17101

_____
Authorized Officer

52139984   Page 2 of 2
11/05/2009 10:04AM

## *First American Title Insurance Company*
### SCHEDULE C
### Legal Description

Commitment No. █████

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected. Situate in the City of Philadelphia, County of Philadelphia and State of Pennsylvania

SITUATE on the Southeast side of Saul Street (60' wide) at the distance of 132' 3" Northeastward from the Northeast side of Dyre Street in the 62nd Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Saul Street 15' 2-1/2" and extending of that width Southeastwardly between parallel lines with the said Dyre Street 100' to the middle of a certain 16' wide driveway extending Northeastward into Pratt Street.

BEING No. 5119 Saul Street.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid driveway as and for a driveway, passageway and watercourse at all times hereafter, forever.