**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Kia R. Holland** | **BK NO. 23-10674 AMC** |
| Debtor(s) | **Chapter 13** |
| **U.S. Bank National Association (Successor Trustee for the Pennsylvania Housing Finance Agency, pursuant to said Trust Indenture)** | **Related to Claim No. 4** |
| Movant | |
| vs. | |
| **Kia R. Holland** | |
| Debtor(s) | |
| **Charles W. Stone** | |
| Co-Debtor(s) | |
| **Kenneth E. West** | |
| Trustee | |

**CERTIFICATE OF SERVICE**

I, Denise Carlon, certify that on 12/27/2024, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion for Relief from Stay
- Notice of Motion
- Exhibits A-C
- Proposed Order

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 12/27/2024

/s/ **Denise Carlon**
**Denise Carlon,** Esquire
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

Mailing List Exhibit: (Check all that apply.  If via e-mail, include e-mail address.  Continue to the next page if necessary.)

| **Name and Address of Party Served** | **Relationship of Party** | **Via** |
|---|---|---|
| Kia R. Holland<br>5119 Saul Street<br>Philadelphia, PA 19124 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Charles W. Stone<br>5119 Saul Street<br>Philadelphia, PA 19124 | Co-Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Michael A. Cibik Esq. | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |

| | | |
|---|---|---|
| Kenneth E. West<br>Office of the Chapter 13<br>Standing Trustee | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |