# Cibik Law, P.C.  # INVOICE

1500 Walnut Street, Suite 900  Invoice # 1
Philadelphia, PA 19102  Date: 02/26/2025

Kia R. Holland
5119 Saul St
Philadelphia, PA 19124

## 2405-Holland

## Bankruptcy 23-10674

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 03/01/2023 | MAC | A106 Communicate (with client) B110 Case Administration: Initial Consultation - discussed objectives with client, performed an initial financial analysis, and answered questions | 1.00 | $350.00 |
| 03/06/2023 | MAC | A104 Review/analyze B110 Case Administration: Reviewed documents provided by client, wrote memo to file | 1.50 | $525.00 |
| 03/08/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted petition, SSN, and matrix list of creditors | 0.60 | $210.00 |
| 03/08/2023 | IR | A111 Other B110 Case Administration: Filed petition, SSN, certificate of credit counseling, and matrix list of creditors | 0.10 | $15.00 |
| 03/10/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted motion to extend the automatic stay | 0.40 | $140.00 |
| 03/10/2023 | IR | A111 Other B110 Case Administration: Filed motion to extend the automatic stay | 0.10 | $15.00 |
| 03/19/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted motion to pay trustee by wage order | 0.20 | $70.00 |
| 03/19/2023 | IR | A111 Other B110 Case Administration: Filed motion to pay trustee by wage order | 0.10 | $15.00 |
| 03/22/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted schedules and means test | 2.70 | $945.00 |
| 03/22/2023 | IR | A111 Other B110 Case Administration: Filed schedules and means test | 0.10 | $15.00 |
| 03/23/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted chapter 13 plan | 1.10 | $385.00 |
| 03/23/2023 | IR | A111 Other B110 Case Administration: Filed chapter 13 plan | 0.10 | $15.00 |
| 03/28/2023 | MA | A109 Appear for/attend B110 Case Administration: Prepared for and attended hearing on motion to extend the automatic stay | 0.60 | $210.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/26/2023 | IR | A103 Draft/revise B110 Case Administration: Drafted and filed employee income records | 0.30 | $45.00 |
| 05/24/2023 | MA | A109 Appear for/attend B110 Case Administration: Prepared for and attended meeting of creditors | 1.00 | $350.00 |
| 05/30/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted objection to claim number 1 | 0.50 | $175.00 |
| 05/30/2023 | IR | A111 Other B110 Case Administration: Filed objection to claim number 1 | 0.10 | $15.00 |
| 05/30/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted objection to claim number 2 | 0.50 | $175.00 |
| 05/30/2023 | IR | A111 Other B110 Case Administration: Filed objection to claim number 2 | 0.10 | $15.00 |
| 07/11/2023 | MA | A109 Appear for/attend B110 Case Administration: Prepared for and appeared at hearings on objections to claims 1 and 2 | 1.00 | $350.00 |
| 07/26/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted first amended chapter 13 plan | 0.70 | $245.00 |
| 07/26/2023 | IR | A111 Other B110 Case Administration: Filed first amended chapter 13 plan | 0.10 | $15.00 |
| 07/26/2023 | IR | A103 Draft/revise B110 Case Administration: Drafted and filed pre-confirmation certification | 0.20 | $30.00 |
| 09/05/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted amended motion to pay trustee by wage order | 0.10 | $35.00 |
| 09/05/2023 | IR | A111 Other B110 Case Administration: Filed amended motion to pay trustee by wage order | 0.10 | $15.00 |
| 09/06/2023 | IR | A103 Draft/revise B110 Case Administration: Drafted and filed praecipe to withdraw amended motion to pay trustee by wage order | 0.20 | $30.00 |
| 10/27/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted second amended chapter 13 plan | 0.40 | $140.00 |
| 10/27/2023 | IR | A111 Other B110 Case Administration: Filed second amended chapter 13 plan | 0.10 | $15.00 |
| 11/29/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted third amended chapter 13 plan | 0.40 | $140.00 |
| 11/29/2023 | IR | A111 Other B110 Case Administration: Filed third amended chapter 13 plan | 0.10 | $15.00 |
| 01/03/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted fourth amended chapter 13 plan | 0.40 | $140.00 |
| 01/03/2024 | IR | A111 Other B110 Case Administration: Filed fourth amended chapter 13 plan | 0.10 | $15.00 |

| Date | TK | Description | Qty | Amount |
|---|---|---|---|---|
| 01/30/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted amended schedule J | 0.10 | $35.00 |
| 01/30/2024 | IR | A111 Other B110 Case Administration: Filed amended schedule J | 0.10 | $15.00 |
| 01/31/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted fifth amended chapter 13 plan | 0.40 | $140.00 |
| 01/31/2024 | IR | A111 Other B110 Case Administration: Filed fifth amended chapter 13 plan | 0.10 | $15.00 |
| 02/29/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted sixth amended chapter 13 plan | 0.40 | $140.00 |
| 02/29/2024 | IR | A111 Other B110 Case Administration: Filed sixth amended chapter 13 plan | 0.10 | $15.00 |
| 03/20/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted seventh amended chapter 13 plan | 0.30 | $105.00 |
| 03/20/2024 | IR | A111 Other B110 Case Administration: Filed seventh amended chapter 13 plan | 0.10 | $15.00 |
| 04/17/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted eighth amended chapter 13 plan | 0.30 | $105.00 |
| 04/17/2024 | IR | A111 Other B110 Case Administration: Filed eighth amended chapter 13 plan | 0.10 | $15.00 |
| 02/26/2025 | EJG | A103 Draft/revise B160 Fee/Employment Applications: Reviewed time sheets and drafted fee application | 0.70 | $245.00 |
| 02/26/2025 | IR | A111 Other B160 Fee/Employment Applications: Filed fee application | 0.10 | $15.00 |
| | | **Quantity Subtotal** | **17.8** | |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Michael Assad | Attorney (former) | 12.1 | $350.00 | $4,235.00 |
| Michael Cibik | Principal Attorney | 2.5 | $350.00 | $875.00 |
| Edward Gruber | Deputy Attorney | 0.7 | $350.00 | $245.00 |
| Iesha Reid | Senior Paralegal | 2.5 | $150.00 | $375.00 |
| | **Quantity Total** | | | **17.8** |
| | **Subtotal** | | | **$5,730.00** |
| | **Less $441 Retainer** | | | **$5,289.00** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 13 | | $5,730 | $441.00 | $5,289.00 |
| | | | **Outstanding Balance Total** | **$5,289.00** |
| | | | **Amount Requested** | **$5,284.00** |