# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>   Kia R. Holland,<br><br><br>                    Debtor. | Case No. 23-10674<br><br>Chapter 13 |

### Order Granting Cibik Law, P.C.'s Application for
### Compensation and Reimbursement of Expenses

The Court having considered the Application for Compensation and Reimbursement of Expenses filed by Applicant Cibik Law, P.C., and after notice and opportunity for hearing, it is hereby **ORDERED** that:

1. The application is **GRANTED**.

2. Compensation in the amount of **$4,725.00** and reimbursement of expenses in the amount of **$0.00** are **ALLOWED** in favor of the Applicant.[1]

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b), and 11 U.S.C. §330(a)(4)(B), less **$441.00**, which was previously paid by the debtor.

Date:

**Date: March 17, 2025**

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge

---

1. The court having reviewed the Application for Compensation by Debtor's Counsel filed on February 26, 2025 [Dkt No. 94] (the "Application") together with the materials submitted therewith (including the invoices and the records of time spent) and the Court having reviewed the Debtor's Form B22C-1 as filed in the record of this case [Dkt No. 13] and the docket as a whole, the Court concludes that the services rendered were consistent with traditional chapter 13 representation (and not for any otherwise unusual circumstances) and the reasonable attorneys' fees for the work performed in the above referenced case should awarded at traditional compensation rates for a below median debtor. Therefore, the total compensation awarded shall be $4,725 for the hours expended (i.e., a blended rate of 265.44/hour). In the event the Applicant seeks compensation at a higher rate based on information not originally presented in the Application, the Applicant may request a hearing in accordance with LR 2016-1(h).