United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10674-djb |
| Kia R. Holland | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 17, 2025 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Kia R. Holland, 5119 Saul St, Philadelphia, PA 19124-1919 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2025          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2025 at the address(es) listed below:**

**Name**      **Email Address**

DENISE ELIZABETH CARLON
     on behalf of Creditor U.S. Bank National Association (Successor Trustee for the Pennsylvania Housing Finance Agency pursuant to said Trust Indenture) bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
     on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

KENNETH E. WEST
     ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
     on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL A. CIBIK
     on behalf of Debtor Kia R. Holland help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

PAMELA ELCHERT THURMOND
     on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee

| District/off: 0313-2 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Mar 17, 2025 | Form ID: pdf900 | Total Noticed: 1 |

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Kia R. Holland,<br><br>                     Debtor. | Case No. 23-10674<br><br>Chapter 13 |

**Order Granting Cibik Law, P.C.'s Application for
Compensation and Reimbursement of Expenses**

The Court having considered the Application for Compensation and Reimbursement of Expenses filed by Applicant Cibik Law, P.C., and after notice and opportunity for hearing, it is hereby **ORDERED** that:

1. The application is **GRANTED**.

2. Compensation in the amount of **$4,725.00** and reimbursement of expenses in the amount of **$0.00** are **ALLOWED** in favor of the Applicant.[1]

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b), and 11 U.S.C. §330(a)(4)(B), less **$441.00**, which was previously paid by the debtor.

Date:

**Date: March 17, 2025**

                                              Honorable Derek J. Baker
                                              U.S. Bankruptcy Judge

---

1. The court having reviewed the Application for Compensation by Debtor's Counsel filed on February 26, 2025 [Dkt No. 94] (the "Application") together with the materials submitted therewith (including the invoices and the records of time spent) and the Court having reviewed the Debtor's Form B22C-1 as filed in the record of this case [Dkt No. 13] and the docket as a whole, the Court concludes that the services rendered were consistent with traditional chapter 13 representation (and not for any otherwise unusual circumstances) and the reasonable attorneys' fees for the work performed in the above referenced case should awarded at traditional compensation rates for a below median debtor. Therefore, the total compensation awarded shall be $4,725 for the hours expended (i.e., a blended rate of 265.44/hour). In the event the Applicant seeks compensation at a higher rate based on information not originally presented in the Application, the Applicant may request a hearing in accordance with LR 2016-1(h).